UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| Matt Carroll,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>Omni Credit Services of Florida, Inc.; and DOES 1-10, inclusive,<br><br>　　　　　　　Defendant. | Civil Action No.:  1:11-cv-03536-MJG |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.  The Plaintiff hereby respectfully requests above-entitled Court to enter Rule 111 Order.

Dated: March 21, 2012

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　By  /s/ Forrest E. Mays
　　　　　　　　　　　　　　　　　　　　Forrest E. Mays (Bar No. 07510)
　　　　　　　　　　　　　　　　　　　　1783 Forest Drive, Suite 109
　　　　　　　　　　　　　　　　　　　　Annapolis, MD  21401
　　　　　　　　　　　　　　　　　　　　Telephone: (410) 267-6297
　　　　　　　　　　　　　　　　　　　　Facsimile: (410) 267-6234
　　　　　　　　　　　　　　　　　　　　Email: mayslaw@mac.com

　　　　　　　　　　　　　　　　　　　　Of Counsel To
　　　　　　　　　　　　　　　　　　　　LEMBERG & ASSOCIATES L.L.C.
　　　　　　　　　　　　　　　　　　　　A Connecticut Law Firm
　　　　　　　　　　　　　　　　　　　　1100 Summer Street, 3rd Floor
　　　　　　　　　　　　　　　　　　　　Stamford, CT 06905
　　　　　　　　　　　　　　　　　　　　Telephone: (203) 653-2250

Facsimile: (203) 653-3424
ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 21, 2012, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court District of Maryland Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                By_/s/ Forrest E. Mays_____

                                    Forrest E. Mays